Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1040 | **DATE** | 4/5/2002 |
| **CASE TITLE** | Talangea Robinson vs. Robert Gerritson, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. In each of the motions for summary judgment just filed by defendants, plaintiff's LR 56.1 response shall be filed on or before May 1 and defendants' replies shall be filed on or before May 15. All motions in limine are to be filed on or before April 24, 2002 and responses filed on or before May 15, 2002. Enter Final Pre-Trial Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | APR 08 2002 | |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 4/5/2002 | |
| | | date mailed notice | |
| SN | courtroom deputy's initials | 02 APR -5 PM 3:25 | SN |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TALANGEA ROBINSON,              )
                                )
            Plaintiff,          )
                                )
    v.                          )   No. 01 C 1040
                                )
ROBERT GERRITSON, et al.,       )
                                )
            Defendants.         )

MEMORANDUM ORDER

During the pretrial conference held on April 3, 2002, the parties' jointly-submitted final pretrial order ("FPTO") was approved and the case was added to the trial call (although the trial has not yet been scheduled, as explained hereafter). These schedules were established, with all filings provided for here to be made in this Court's chambers:

    1. On each of the motions for summary judgment just filed by defendants, plaintiff's LR 56.1 response shall be filed on or before May 1 and defendants' replies shall be filed on or before May 15.

    2. All motions in limine (other than those encompassed within defendants' summary judgment motions) shall be filed by each side on or before April 24, 2002, and the responses shall be filed on or before May 15, 2002. Unless requested by this Court, no reply memoranda are to be filed.

As to all objections that are reflected in the FPTO (including objections to exhibits) and that are not made the subject of

motions in limine, such nonfiling shall be deemed to constitute a representation by the objecting party that the matters raised by those objections may most appropriately be dealt with at the time of trial.

When this Court has dealt with the motions for summary judgment, it will include in its order or orders of disposition a requirement that counsel for the parties are to transmit letters to this Court, with copies to opposing counsel, identifying their respective unavailabilities for trial during a specified time frame. This Court will thereafter set the case for trial, and the following items will be due seven days before the date thus set for trial:

1. proposed voir dire questions and
2. proposed jury instructions.

Trial briefs are waived in any event.

                                          /s/ Milton I. Shadur
                                          Milton I. Shadur
                                          Senior United States District Judge

Date: April 5, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TALANGEA ROBINSON, )
)
            **Plaintiff,** )
)
v. )
) No. 01C 1040
ROBERT GERRITSON, JEFFREY DeVRIES, )
KIM REDA, SHARON HARRIS, and the ) Judge Milton Shadur
VILLAGE OF CALUMET PARK, ILLINOIS, )
)
            **Defendants.** )

**FINAL PRE-TRIAL ORDER**

This matter having come before the Court at a Pre-Trial Conference held pursuant to Fed. R. Civ. P. 16 and A. Denison Weaver of A. Denison Weaver, Ltd., 180 N. Michigan Avenue, Suite 1900, Chicago, IL 60601 (312-899-1440) having appeared as counsel for plaintiff and Gregory E. Rogus of Segal McCambridge Singer & Mahoney, Ltd., Suite 200, One IBM Plaza, Chicago, IL 60611 (312-645-7800) having appeared as counsel for defendants, the following actions were taken:

1.    This is a civil rights action and jurisdiction of the Court is invoked under 28 U.S.C. §§ 1331, 1343, and 1367. Jurisdiction is not disputed.

2.    The following stipulations and statements were submitted and are attached to and made a part of this Order:

        a)    The following is a statement of all uncontested facts: (see attachment identified as Schedule 2(a).

Robs\Pl\PTOrder2

b) The following is an agreed statement of contested issues of fact and law and a statement of contested issues of fact or law not agreed to: (see attachment identified as Schedule 2(b).

c) Attached as Schedule 2(c) is a schedule of exhibits submitted by the parties;

d) The names and addresses of potential witnesses to be called by the parties is attached as Schedule 2(d);

e) Defendant's statement of expert witness qualifications relating to Dr. Marc Oster, together with a copy of his C.V. is attached as Schedule 2(e);

f) List of all depositions or portions to be read into evidence and statements of any objections thereto:

    i) Any witness listed by the parties who is unable to appear at trial in person;

g) An itemized statement of special damages is as follows:

Susan Yacobellis $90.00

Nancy Carlson $3,500.00

h) Waivers of any claims or defenses: none;

i) There has been no offer or demand in this case as of yet;

j) The discovery status: the parties have completed discovery;

3. Trial of this case is expected to last four to five days. It will be placed on the trial calendar for _____, to be tried when reached.

4. A jury demand has been filed in this case.

5. The parties recommend that 8 jurors be selected at the commencement of the trial.

6. The parties agree that the issue of liability and damages should not be bifurcated for trial.

7. The parties to not consent to this case being reassigned to a Magistrate Judge for trial.

8. This Order will control the course of the trial and may not be amended except by consent of the parties and the Court or by order of the Court to prevent manifest injustice.

9. The possibility of settlement of this case was considered by the parties.

ENTERED:

_____ April 3, 2002
Judge, United States District Court            Date

**Attorney for Plaintiff**

A. Denison Weaver
A. DENISON WEAVER, LTD.
180 North Michigan Avenue
Suite 1900
Chicago, IL. 60601
Telephone: 312-899-1440
Facsimile: 312-899-1444

**Attorney for Defendant**

Gregory E. Rogus
Segal McCambridge Singer & Mahoney, Ltd.
Suite 2000, One IBM Plaza
Chicago, IL 60611
Telephone: 312-645-7800
Facsimile: 312-645-7711

# SEE CASE FILE FOR EXHIBITS